Frankiewicz, Appellant, *v.* Reading Company.
Grubbs, Appellant, *v.* Reading Company.

734

▮▮▮▮▮▮▮▮▮▮▮▮ Argued September 11, 1972. *Arnold Levin*, with him *Freedman, Borowsky & Lorry*, for appellants; *John R. Warner*, with him *Marshall, Dennehey & Warner*, for appellee.

Judgment affirmed.